IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWNFATEE BRIDGES, | : | |
| Petitioner | : | CIVIL ACTION |
| | : | No. 06-0268 |
| v. | : | |
| | : | |
| JEFFREY BEARD, et. al. | : | |
| Respondents | : | |

**ORDER**

**AND NOW**, this _23rd__ day of April, 2013, it is **ORDERED** that Shawnfatee Bridges' Petition for Writ of Habeas Corpus is **GRANTED** on two grounds: (i) that the Commonwealth violated Petitioner's Due Process rights by withholding material impeaching evidence, in violation of Brady v. Maryland, 373 U.S. 83 (1963) and (ii) that Petitioner's trial counsel provided ineffective assistance during the sentencing phase. Accordingly, Petitioner's conviction and sentence are **VACATED**. The Petitioner shall be released from custody unless he is retried by the Commonwealth **on or before August 21, 2013**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to: